## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE BANKS-CROSSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 23-2945** |
| **v.** | : | |
| | : | |
| **STATE FARM INSURANCE** | : | |
| **COMANY** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 16th day of October 2023, upon notification that the issues between Plaintiff and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED**, with prejudice, pursuant to the agreement of the parties.  To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case **CLOSED**.


                                    **BY THE COURT:**


                                    /s/ *Nitza I. Quiñones Alejandro*
                                    **NITZA I. QUIÑONES ALEJANDRO**
                                    *Judge, United States District Court*